THOMAS P. FINLEY *v.* AETNA LIFE AND
CASUALTY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 394, is granted.

*Albert Zakarian* and *Felix J. Springer,* in support of the petition.

*Robert W. Heagney,* in opposition.

Decided December 6, 1985

EDWARD L. HALL *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF ROCKY HILL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is granted.

*Joel M. Ellis,* in support of the petition.

*Clifford J. Grandjean,* in opposition.

Decided January 3, 1986

SECOND EXETER CORPORATION *v.* HAROLD
EPSTEIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 427, is denied.

*Karen A. Birck,* in support of the petition.

*Melvin A. Simon,* in opposition.

Decided January 3, 1986